AO 91 (Rev. 11/11) Criminal Complaint

JMR

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:24-mj-558 |
| Nathan Paul Schupp | ) | |
| 43755 Jewett Hopedale Rd, | ) | |
| Jewett, Ohio 43986 | ) | |
| | ) | |

_____
_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 2020 to September 2024  in the county of  Harrison  in the

 Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution, Receipt, and Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

FBI SA Andrew McCabe
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  Nov. 25, 2024

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state:  Columbus, Ohio

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| **United States of America,** | ) | **Case No:** 2:24-mj-558 |
| **v.** | ) | |
| | ) | |
| **Nathan Paul Schupp** | ) | |
| **43755 Jewett Hopedale Rd,** | ) | **MAGISTRATE JUDGE:** |
| **Jewett, Ohio 43986** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew D. McCabe, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

### INTRODUCTION

1. I, Special Agent Andrew McCabe (your affiant), make this affidavit in support of a criminal complaint to arrest Nathan Paul **SCHUPP** for violations of Title 18 United States Code §§ 2251, 2252, and 2252A – the sexual exploitation of a minor and the distribution, receipt, and/or possession of child pornography. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, and your affiant's personal knowledge and finding during the investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **SCHUPP** committed the violations listed above.

2. Your affiant has been an FBI Special Agent since September 2010, and I have been assigned to the Cincinnati Division since January 2020. During my tenure as an FBI Special Agent, I have investigated numerous crimes including, but not limited to, bank robbery, drug trafficking, racketeering, kidnapping, violent extremism, and crimes against children. As a Special Agent I have participated in various investigations involving computer-related offenses and have executed search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As a SA, I am authorized to investigate violations of the laws of the United States under the authority of the United States.

### FACTS SUPPORTING PROBABLE CAUSE

3. On or about August 5, 2024, the Harrison County Sheriff's Office (HCSO) received a complaint from WITNESS 1 reporting the presence of child pornography on the Verizon Cloud Account associated with cellular telephone number (740) 491-7345. More specifically, on August 5, 2024, WITNESS 1 took a Samsung Galaxy Cellular telephone to

1

a local Verizon Wireless store to try and recover personal and family photographs which had been taken by Nathan Paul SCHUPP[1]. A Verizon employee was able to restore the Verizon Cloud Account to the device. Upon returning home, WITNESS 1 accessed the Verizon Cloud and observed nude videos of MINOR VICTIM 1 (MV1), who has a DOB of 3/XX/2008. WITNESS 1 then took the device to the HCSO.

4. On August 6, 2024, a detective with the HCSO interviewed WITNESS 1. During the interview WITNESS 1 showed the detective four videos which showed the nude body of MV1 including her buttocks, breasts, and vagina. The detective described the images as follows:

- Video One showed MV1 getting out of a shower nude. Later in the video MV1 could be seen walking around her room naked. During the video MV1's breast and vagina were visible;
- Video Two showed MV1 nude in a bathroom drying her hair with a towel;
- Video Three showed MV1 walking around her bedroom wearing a red sweatshirt and no pants. MV1's vagina was visible in the video; and
- Video Four showed MV1 sitting on her bed. During the video MV1 was seen taking off her shirt and putting on a sports bra.

5. On or about August 22, 2024, law enforcement served a search warrant to Synchronoss Technologies for the contents of the Verizon Cloud Account associated with telephone number (740) 491-7345. A review of the search warrant returns by law enforcement identified approximately 43 videos taken between November 12, 2020, and September 19, 2024. These videos showed the nude body of MV1. Some of these videos are described as follows:

- Video Five, file name 20210204_193303.mp4, showed MV1 seated on a toilet and masturbating;
- Video Six, file name 20210325_152828.mp4, showed MV1 sitting on a white sheet and masturbating, her nude vagina is visible;
- Video Seven, file name 20210325_152828_1.mp4.3gp, is an edited portion of Video Six showing MV1 masturbating, her nude vagina is visible; and
- Video Eight, file name: 20210401_124830.mp4, showed MV1 nude in a bathroom touching her pubic area and masturbating.

6. On or about September 19, 2024, in response to legal process, Verizon Wireless identified the subscriber of telephone number (740) 491-7345 as WITNESS 1. Additionally, Verizon identified "Nate Schupp" as a contact for the number.

## CONCLUSION

7. Based upon the above information, your affiant submits there is probable cause to believe Nathan Paul **SCHUPP** has committed violations of Title 18 U.S.C. §§ 2251, 2252, and 2252A – the sexual exploitation of a minor, distribution, receipt, and/or possession of child

---

1 At the time of the complaint WITNESS 1 was married to SCHUPP. After WITNESS 1 and SCHUPP became estranged, SCHUPP factory reset the phone and returned it to WITNESS 1. The cellular phone was paid for by WINTESS 1 and it was on her Verizon Wireless Account, but it had been used by SCHUPP.

pornography. Therefore, your affiant respectfully requests this court to issue a criminal complaint and arrest warrant.

Andrew D. McCabe
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 25th day of November, 2024.

Kimberly A. Jolson
United States Magistrate Judge

3